IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 79.189.153.10,<br><br>Defendant.<br>                                                               / | No. C 15-04195 WHA<br><br>**ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE** |

    Plaintiff has filed a motion seeking leave to file under seal an amended complaint, proposed summons, and return of service. Plaintiff has also filed a motion seeking leave to extend the deadline within which to effectuate service of process. Plaintiff's sealing motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 10** to effectuate service.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

                                                             WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE